In the Matter of the Judicial Settlement of the Amended Second Intermediate Account of the UNION TRUST COMPANY OF JAMESTOWN, NEW YORK, Administrator with the Will Annexed of the Estate of MARTIN MERZ, Deceased.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of the INTERNATIONAL HOD CARRIERS' BUILDING AND COMMON LABORERS' UNION OF AMERICA, LOCAL UNION No. 435, against an Attorney.— Order of reference entered. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of T. WINSPUR ALLEN against an Attorney.— Order of reference entered. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

### (May 27, 1938.)

MARY ELIZABETH ROBERTS, an Infant, by ADELL ROBERTS, Her Guardian ad Litem, Respondent, v. FIRST NATIONAL BANK OF JAMESTOWN, NEW YORK, and Others, Defendants, and ERNEST CAWCROFT, Appellant.— Order, in so far as it denies defendant Cawcroft's motion for an examination of Roy G. Roberts, reversed on the law and the facts and motion granted directing the examination of said Roberts as to those matters set forth in paragraph numbered 16th of the amended answer of defendant Cawcroft relating to the ownership of the stock therein referred to and the source of the funds by which such stock was acquired, and otherwise affirmed, without costs of this appeal to either party. The said examination of Roy G. Roberts shall be held at the City Hall, Jamestown, N. Y., on June 7, 1938, at ten A. M., before Walter H. Edson, Esq., an attorney and counselor at law, who is designated for that purpose. All concur. (The order denies a motion to examine a witness before trial in an action for conversion.) Present — Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. EDEL, Appellant, v. WALTER S. GOODALE, M. D., as Superintendent of Buffalo City Hospital, Respondent.— Appeal dismissed, without costs, as academic. All concur. Present — Lewis, Cunningham, Taylor and Dowling, JJ.

INEZ A. CANAVAN, Respondent, v. FARMERS' CO-OPERATIVE FIRE INSURANCE COMPANY OF STEUBEN COUNTY, Defendant, and WILLIAM E. JOINT and Others, Copartners, Doing Business under the Firm Name and Style of JOINT HARDWARE COMPANY, Impleaded Defendants, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to determine the rights to a judgment under an assignment.) Present — Lewis, Cunningham, Taylor and Dowling, JJ.

FRANK SKONIECZKA and PEARL UTECHT, 264 Willett Street, Buffalo, New York, Respondents, v. ELSA JAMES GARVIN, 1105 Delaware Avenue, Buffalo, New York, and ELIZABETH ARMSTRONG, 526 Ashland Avenue, Buffalo, New York, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiffs in an automobile negligence action. The order denies a motion for a new trial.) Present — Lewis, Cunningham, Taylor and Dowling, JJ.